THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEON FISHER and
IRENE FISHER, Appellants.— Appeal dismissed under section 535 of Code of

Criminal Procedure.*   Present — Hubbs, P. J., Clark, Sears, Taylor and Sawyer, JJ.